THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Octavius
 Livingston, Appellant.
 
 
 
 
 

Appeal From Richland County
James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-019
 Submitted January 1, 2011  Filed January
25, 2011    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Octavius
 Livingston appeals his conviction for distribution of cocaine, third-offense. 
 Livingston argues the trial court violated his confrontation clause rights by admitting
 the police officer's testimony regarding the video tape of an undercover officer's
 conversation with a confidential informant.  After a thorough review of the record, counsel's brief, and
 Livingston's pro se brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss[1] the appeal and grant counsel's petition to be relieved.
APPEAL DISMISSED.
FEW, C.J., SHORT and
 WILLIAMS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.